**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 17-7269**

JESSE HEMINGWAY,

Plaintiff - Appellant,

v.

MISS CHATTMAN, H.S.A.; MRS. SCOTT-BOSTON, H.S.A. (Trainee); MRS. FRANCOS, A.H.S.A.; DR. DICOCO, Clinical Director; DR. PISCITELLI, Chronic Care Doctor; ANDRAGE YIRGA, Midlevel Provider; MRS. MCCAFFERTHY, Nurse,

Defendants - Appellees,

and

DR. K. PRAKASH; TONYA MCCLELLAN, MLP/PA - Health Care Provider; DEBRAH WINBUSH, MLP/PA - Health Care Provider; UNITED STATES OF AMERICA,

Defendants.

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.  T.S. Ellis, III, Senior District Judge.  (1:17-cv-00208-TSE-MSN)

Submitted:  November 16, 2017                    Decided:  November 21, 2017

Before GREGORY, Chief Judge, and TRAXLER and KEENAN, Circuit Judges.

Dismissed by unpublished per curiam opinion.

———————

Jesse Hemingway, Appellant Pro Se.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jesse Hemingway seeks to appeal the district court's order dismissing his claims against some of the Defendants in his civil action filed pursuant to *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics*, 403 U.S. 388 (1971), and the Federal Tort Claims Act, 28 U.S.C. §§ 1346(b), 2671-80 (2012). This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2012), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2012); Fed. R. Civ. P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.*, 337 U.S. 541, 545-46 (1949). The order Hemingway seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. Accordingly, we dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED*